# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 10-CR-108-LRR |
| vs. | **ORDER** |
| YORDAN CHAPELLI-PEDROSO, | |
| Defendant. | |

_____

The matter before the court is United States Magistrate Judge Jon S. Scoles's Report and Recommendation (docket no. 52), which recommends that the undersigned accept Defendant Yordan Chapelli-Pedroso's guilty plea to Count One of the Superseding Indictment (docket no. 14).

On December 15, 2010, the government filed an Objection (docket no. 71) to the Report and Recommendation. The Objection stated that Defendant was not informed of a potentially applicable ten-year mandatory minimum at his plea hearing. On December 22, 2010, the court held a hearing ("Hearing") on the Objection. Attorney John Lane represented Defendant, who was personally present. Special Assistant United States Attorney Daniel Chatham represented the government. At the Hearing, the court informed Defendant of the potentially applicable ten-year mandatory minimum and stated that it would hold the Report and Recommendation in abeyance pending an opportunity for Defendant to consult with his attorney.

On January 6, 2011, Defendant filed a "Reaffirmation of Guilty Plea" ("Reaffirmation") (docket no. 74). The Reaffirmation states that Defendant "understands that the mandatory minimum term of imprisonment may be ten (10) years and reaffirms his guilty plea." Reaffirmation at 2. Accordingly, the court **ADOPTS** the Report and

Recommendation and **ACCEPTS** Defendant's guilty plea to Count 1 of the Superseding Indictment.

**IT IS SO ORDERED.**

**DATED** this 6th day of January, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA